# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2278

_____

|   |   |   |
|---|---|---|
| Kevin Lavell Carter, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Firestone, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: September 14, 2007
Filed: September 20, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Kevin Lavell Carter appeals the district court's[1] dismissal without prejudice of his Title VII complaint against BFS Retail & Commercial Operations, LLC. Having carefully reviewed the record and considered Carter's arguments, we find no basis for reversal. See MM&S Fin., Inc. v. Nat'l Ass'n of Sec. Dealers, Inc., 364 F.3d 908, 909 (8th Cir. 2004) (de novo standard of review). The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.